UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                   Case No. 1:11-cr-165

v.

                                   HONORABLE PAUL L. MALONEY

SILVANO NAVARIJO-PINEDA,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States

Magistrate Judge Hugh W. Brenneman, Jr. in this action.  The Report and Recommendation was

duly served on the parties, and no objection has been made thereto within the time required by

law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge (Dkt. #21) is approved

and adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the

charges set forth in Count One of the Indictment.

Date:   October 5, 2011                   /s/ Paul L. Maloney
                                            Paul L. Maloney
                                          Chief United States District Judge